1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| *In re: Entertainment Partners Data Breach Litigation*<br><br>This Document Related to:<br>ALL ACTIONS | Case No. 2:23-cv-06781-CAS-PVCx<br><br>**ORDER RE DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT [JS-6]**<br><br>JUDGE: Hon. Christina A. Snyder |

| | |
|---|---|
| 1 | Having considered the parties' joint stipulation of dismissal, the Court finds that |
| 2 | good cause exists to dismiss Plaintiffs' Consolidated Amended Complaint *without* |
| 3 | prejudice. |
| 4 | **IT IS HEREBY ORDERED** that the stipulation is approved, and Plaintiffs' |
| 5 | Consolidated Amended Complaint is hereby dismissed *without* prejudice pursuant to |
| 6 | Fed. Civ. R. P. 41(a)(1)(A)(ii).  Each party shall bear its own costs. |
| 7 | |
| 8 | DATED: MAY 16, 2024 |

*Christine A. Snyder*
The Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE